AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

Telus Communication, Inc.

─────────────────────────────
*Plaintiff*

v.

Signature Aviation Services Corporation
─────────────────────────────
*Defendant, Third-party plaintiff*

v.

Errands Plus Inc. d/b/a RMA Worldwide Chauffeured
Transportation          *Third-party defendant*

)
)
)
)
)
)
)
)

Civil Action  No. 1: 25-cv-01372 GBW

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Errands Plus, Inc. d/b/a RMA Worldwide Chauffeured Transportation
12270 Wilkins Ave. Rockville, MD 20852

A lawsuit has been filed against defendant  Signature Aviation Services Corporation , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Telus Communications, Inc..

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Joe P. Yeager, Esq.   300 Delaware Avenue, Suite 800, Wilmington DE 19801

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph S. Naylor, Esq.  300 Delaware Avenue, Suite 1410, Wilmington DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  April 15, 2026
───────────────────────

───────────────────────
*Signature of Clerk or Deputy Clerk*